IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY S. MORIARTY,

     Petitioner,

v.

SECOND JUDICIAL CIRCUIT,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2736

Opinion filed August 25, 2017.

Petition for Issuance of Injunction -- Original Jurisdiction.

Timothy S. Moriarty, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, RAY, and JAY, JJ., CONCUR.